UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20743-CIV-SEITZ/SIMONTON

HILDA L. SOLIS, )
Secretary of Labor, )
United States Department of Labor, )
　)
　　　　　　　　　Plaintiff, )
　)
v. )
　)
FISTEAC FARM LABOR, INC., )
JOSEPH FISTEAC, LEDFORD FARMS, INC., )
and TROY LEDFORD, )
　　　　　　　　　Defendants. )

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FISTEAC FARM LABOR, INC. AND JOSEPH FISTEAC

THIS MATTER is before the Court upon Plaintiff's Motion for Default Judgment Against Defendants Fisteac Farm Labor, Inc. and Joseph Fisteac. [DE 30]. Upon Plaintiff's Motion [DE 30], the affidavit and exhibit annexed thereto [DE 30-1, DE 30-3], the supplemental declaration of Miguel Rios [DE 36-1], the Clerk's entry of default herein [DE 19], and being otherwise fully advised, the Court makes the following findings of fact and conclusions of law:

### FINDINGS OF FACT

1.　　On March 12, 2011, Plaintiff commenced an investigation under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., (hereinafter referred to as the "Act"), of Defendants Fisteac Farm Labor, Inc. ("Fisteac Farm Labor"), and Joseph Fisteac (collectively the "Fisteac Defendants"). That investigation covered the period from March 11, 2009 through March 11, 2011, and included examination of time, payroll and other employment

1

records, and interviews of members of management and employees.[1]

2. During the investigation period, the Fisteac Defendants employed individuals to pick green beans for farms that contracted with Fisteac Farm Labor, Inc. Those employees were each regularly engaged in the handling and production of green beans, which are goods that enter interstate commerce.

3. Fisteac Farm Labor, Inc.'s gross annual revenue was $581,996 for 2008 and $1,119,397 for 2009.

4. During the investigation period, Defendant Joseph Fisteac owned and operated Defendant Fisteac Farm Labor, Inc. He made all arrangements with the company's clients and interacted with the clients during the harvest. He also hired the company's workers and transported them to the fields each day. Mr. Fisteac supervised the workers in the fields and kept track of how many boxes each worker picked. As a result, he was aware of their daily hours worked.

5. Between November 20, 2009 and March 11, 2011, the pickers employed by the Fisteac Defendants were paid on a piece-rate basis per box picked, without regard to the number of hours worked. During the same period, the Fisteac Defendants failed to keep accurate records of work hours. In the absence of such records, Plaintiff determined hours worked using the best information available, which was primarily derived from interviews, harvest records, and personal observations.

---

[1] The Fisteac Defendants were previously investigated by the Secretary of Labor in 2004 and 2008. As a result of these prior investigations, the Secretary determined that the Fisteac Defendants had violated the recordkeeping provisions of the Fair Labor Standards Act ("FLSA"). The Secretary informed the Fisteac Defendants of this determination. Additionally, it is the Department of Labor's policy and practice to convene a final conference with the employer at the conclusion of an investigation in order to educate the employer concerning the FLSA, including the Act's minimum wage provisions.

2

6. The actual hourly rate for each of the pickers employed by the Fisteac Defendants during the period of November 20, 2009, through and March 11, 2011 was not at least the applicable minimum wage for all hours worked during the harvesting seasons. Defendant Joseph Fisteac was aware that he paid each employee $3.65 per box, and that his employees picked on average one to one-and-a-half boxes per hour.

7. The Fisteac Defendants owe a total of $180,165.74 for minimum wage back wages to 127 employees for work performed during the period of November 20, 2009 through March 11, 2011. The identity of the pickers and the amount owed to each picker are stated in Exhibit A, which is attached hereto.

## CONCLUSIONS OF LAW

1. This Court has jurisdiction over this action pursuant to §§ 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., (hereinafter the "Act") and 28 U.S.C. §§ 1331 and 1345.

2. Defendants Joseph Fisteac and Fisteac Farm Labor, Inc. were, at all relevant times, employers within the meaning of § 3(d) of the Act, 29 U.S.C. § 203(d).

3. The Fisteac Defendants engaged in related activities performed either through unified operation or common control for a common business purpose, constituting an enterprise within the meaning of § 3(r) of the Act, 29 U.S.C. § 203(r).

4. Defendants Fisteac Farm Labor, Inc., and Joseph Fisteac employed employees who regularly were engaged in the handling and production of green beans which are goods that enter interstate commerce. Such employees, therefore, have been and are engaged in commerce or in the production of goods for commerce within the meaning of §§ 3(b) and (j), respectively,

of the Act, 29 U.S.C. §§ 203(b) and (j).

5.      Since November 20, 2009, the Fisteac Defendants have repeatedly and willfully violated the provisions of §§ 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), by failing to pay employees employed in an enterprise engaged in commerce and/or in the production of goods for commerce, the applicable minimum hourly wage rate.  The Fisteac Defendants actions were willful because Mr. Fisteac supervised the workers in the fields and kept track of how many boxes each worker picked.  As a result, he was aware of the daily hours worked. Specifically, Defendant Joseph Fisteac was aware that he paid each employee $3.65 per box, and that his employees picked on average one to one-and-a-half boxes per hour. Additionally, the Fisteac Defendants were previously investigated by the Secretary of Labor in 2004 and 2008.  As a result of these prior investigations, the Secretary determined that the Fisteac Defendants had violated the recordkeeping provisions of the Act.  The Secretary informed the Fisteac Defendants of this determination.  Additionally, it is the Department of Labor's policy and practice to convene a final conference with the employer at the conclusion of an investigation in order to educate the employer concerning the FLSA, including the Act's minimum wage provisions.

6.      Since November 20, 2009, the Fisteac Defendants, employers subject to the provisions of the Act, repeatedly violated the provisions of §§ 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), and Regulations found at 29 C.F.R. § 516 by failing to make, keep and preserve adequate and accurate records of the persons employed and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed in the aforesaid Regulations.

Accordingly, upon review, it is

ORDERED THAT

Plaintiff's Motion for Default Judgment Against Defendants Fisteac Farm Labor, Inc. and Joseph Fisteac [DE 30] is GRANTED. The Court will concurrently enter default final judgment in the amount of $180,165.74, plus an equal amount in liquidated damages, and shall issue a permanent injunction enjoining Defendants Fisteac Farm Labor, Inc. and Joseph Fisteac from further violating the Act.

DONE AND ORDERED in Miami, Florida, this 5th day of February, 2013.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Honorable Andrea M. Simonton

Counsel of Record

Joseph Fisteac
430 NE 141st Street
Miami, FL 33161

Joseph Fisteac
10397 NW 24th Avenue
Miami, FL 33147

Fisteac Farm Labor, Inc.
c/o Joseph Fisteac
430 NE 141st Street
Miami, FL 33161

Fisteac Farm Labor, Inc.
c/o Joseph Fisteac
10397 NW 24th Avenue
Miami, FL 33147

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division

| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator:<br>**Miguel Rios**<br><br>Employer Fed Tax ID Number   **74-1818993** | Date:<br>**03/29/2011** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 1. Alexis, Margareth | 6325 N Miami Ave<br>Miami, FL  33150 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 2. Alexis, Yvelda | 16310 NE 2nd Ave | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 3. Alphonse, Louis | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 4. Altidor, St. Eloi | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 5. Athlilie, Anna | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 6. August, Gesner | 300 N.E. 3 Avenue<br>Homestead, FL  33033 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 7. Balmir, Jacques | 20 NE 55 St.<br>Miami, FL  33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 8. Belfond, Jacqueline | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 9. Blaise, Luckner | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 10. Blanc, William | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 11. Breval, Jean F | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 12. Cadet, Anoncia | | 03/14/2009 to 03/12/2011 | 1 | $1,621.98 |
| 13. Cadet, Michael | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 14. Catule, Catherine | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 15. Celestin, Daniel | 261 N.E. 55 Street<br>Miami, FL  33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 16. Cetoute, Paulienne | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Fisteac, Joseph - FLC**<br>**Fisteac Farm Labor, Inc.**<br>**10397 NW 24 Ave**<br><br>**Miami, FL 33147** | TOTAL | $180,165.74 |
|---|---|---|---|

* Column 4-Code
FLSA   1
PCA    2
SCA    3
DBRA   4
CWHSSA 5
CCPA   6
FMLA   7

Form WH-56

Date: 03/29/2011 12:31:48 PM       Case ID:  1612499       Page 1

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator: **Miguel Rios**<br>Employer Fed Tax ID Number **74-1818993** | Date: **03/29/2011** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 17. Charite, Clomen | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 18. Charles, Cadeus | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 19. Charles, Jean | 52 NE Miami Ave.<br>Miami, FL 33127 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 20. Charles, Marie | 52 NE Miami Ave.<br>Miami, FL 33127 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 21. Charles, Nicolas | 273 NW 53 ST<br>Miami, FL 33150 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 22. Cherry, Geancilia | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 23. Cherry, Jean F | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 24. Cherry, Joseph | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 25. Cherry, Silencieux | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 26. Compere, Jean L | | 03/14/2009 to 03/12/2011 | 1 | $1,621.88 |
| 27. Compere, Marie V | | 03/14/2009 to 03/12/2011 | 1 | $1,038.88 |
| 28. Cornet, Silvie | 89 NE 70th Street<br>Miami, FL 33138 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 29. Dameus, Manise | | 03/14/2009 to 03/12/2011 | 1 | $1,038.88 |
| 30. Decandy, Derestil | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 31. Desir, Chaleto | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 32. Desir, Jean C | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Fisteac, Joseph - FLC**
**Fisteac Farm Labor, Inc.**
**10397 NW 24 Ave**

**Miami, FL 33147**

TOTAL  $180,165.74

* Column 4-Code
FLSA  1
PCA  2
SCA  3
DBRA  4
CWHSSA  5
CCPA  6
FMLA  7

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator:<br>**Miguel Rios**<br>Employer Fed Tax ID Number  **74-1818993** | Date:<br>**03/29/2011** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 33. Dessources, Ifrasia | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 34. Doresier, Nolien | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 35. Dorival, Rose M | | 03/14/2009 to 03/12/2011 | 1 | $1,038.88 |
| 36. Etienne, Clorene | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 37. Eugene, Annalia C | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 38. Eustache, Patrick | 205 NW 151 St<br>Miami, FL 33168 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 39. Filias, Gladys | 1150 NE 2nd Ave<br>Miami, FL 33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 40. Florestal, Marie C | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 41. Florestant, Mercilia | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 42. Fontale, Paris | 256 N.E. North Miami<br>Miami, FL 33138 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 43. Francois, Jean M | 155 NE 62nd St.<br>Miami, FL 33138 | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 44. Geffrard, Holiquest | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 45. Gelin, Jeanette F | 73 NE 1st Ave.<br>Miami, FL 33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 46. Gelin, Noreus | 73 NE 1st Ave<br>Miami, FL 33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 47. Georges, Idelia | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 48. Gerde, Joseph | 1021 NE 1st Terrace<br>Miami, FL 33162 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Fisteac, Joseph - FLC**
**Fisteac Farm Labor, Inc.**
**10397 NW 24 Ave**

**Miami, FL 33147**

TOTAL   $180,165.74

* Column 4-Code
FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7

Form WH-56

Date: 03/29/2011 12:31:52 PM     Case ID: 1612499     Page 3

# Summary of Unpaid Wages

## U.S. Department of Labor
### Wage and Hour Division



| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator: **Miguel Rios**<br><br>Employer Fed Tax ID Number **74-1818993** | Date:<br>**03/29/2011** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 49. Gerde, Paul | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 50. Germaine, Gercilia | 151 NE 55 St.<br>Miami, FL 33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 51. Gilote, Lalanne | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 52. Grosgeorges, Claire V | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 53. Homelu, Coffy | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 54. Jean, Armonise | 17451 NE 3rd Ave<br>Miami, FL 33162 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 55. Jean, Iben | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 56. Jean, Joseph | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 57. Jean, Turrene | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 58. Jean Baptiste, Marcius | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 59. Jean Baptiste, Vanessa | | 03/14/2009 to 03/12/2011 | 1 | $1,498.90 |
| 60. Jean Benoit, Ylonis | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 61. Joel, Jacques | 1020 NE 76 St.<br>Miami, FL 33138 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 62. Joseph, Aline | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 63. Joseph, Dalia | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 64. Joseph, Iriel | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Fisteac, Joseph - FLC**<br>**Fisteac Farm Labor, Inc.**<br>**10397 NW 24 Ave**<br><br>**Miami, FL 33147** | TOTAL | $180,165.74 |
|---|---|---|---|

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

Date: 03/29/2011 12:31:53 PM        Case ID: 1612499        Page 4

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator:<br>**Miguel Rios**<br><br>Employer Fed Tax ID Number **74-1818993** | | Date:<br>**03/29/2011** |
|---|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 65. Joseph, Jean R | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 66. Joseph, Jeancilia | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 67. Joseph, Marie N | 6329 NE 1st Ave.<br>Miami, FL  33138 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 68. Joseph, Philistine | | 03/14/2009 to 03/12/2011 | 1 | $1,038.88 |
| 69. Joseph, Wilford | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 70. Juillet, Orelia | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 71. Julius, Marlene | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 72. Julus, Lumena | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 73. Kernizan, Jean | 53 NE 1st Ave<br>Miami, FL  33137 | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 74. Lafleur, Silvio | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 75. Lafortune, Oristil | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 76. Lalane, Jean Claude | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 77. Lalanes, Marie | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 78. Lamare, Marie | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 79. Laurent, Etienne | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 80. Laurent, Jean | | 03/14/2009 to 03/12/2011 | 1 | $1,038.88 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Fisteac, Joseph - FLC**
**Fisteac Farm Labor, Inc.**
**10397 NW 24 Ave**

**Miami, FL 33147**

TOTAL   $180,165.74

* Column 4-Code
FLSA   1
PCA    2
SCA    3
DBRA   4
CWHSSA 5
CCPA   6
FMLA   7

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL  33607-3838<br>813-288-1242 | **Miguel Rios**<br><br>Employer Fed Tax ID Number  **74-1818993** | **03/29/2011** |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 81. Lefont, Phillipe | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 82. Leger, Benoit | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 83. Leger, Jean | | 02/27/2010 to 03/12/2011 | 1 | $1,498.88 |
| 84. Luc, Francia | 55 NE 2nd Ave<br>Miami, FL  33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 85. Lucca, Jean Sylvestre | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 86. Lucien, Althiery | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 87. Maniston, Jackson | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 88. Martin, Meres | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 89. Mentor, Leon C | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 90. Mersine, Armonise J | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 91. Metelus, Yanick | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 92. Molliere, Max | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 93. Octave, Lavanie | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 94. Octave, Leonie | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 95. Ocul, Jean | | 02/27/2010 to 03/12/2011 | 1 | $1,038.36 |
| 96. Olise, Vernet | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |

| | | | TOTAL | $180,165.74 |
|---|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>*Fisteac, Joseph - FLC*<br>*Fisteac Farm Labor, Inc.*<br>*10397 NW 24 Ave*<br><br>*Miami, FL 33147* | | | * Column 4-Code<br>FLSA   1<br>PCA    2<br>SCA    3<br>DBRA   4<br>CWHSSA 5<br>CCPA   6<br>FMLA   7 |

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
### Wage and Hour Division



| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator:<br>**Miguel Rios**<br><br>Employer Fed Tax ID Number **74-1818993** | Date:<br>**03/29/2011** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 97. Paul, Elda | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 98. Perjuste, Limonese | 59 NW 135th St.<br>Miami, FL 33168 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 99. Petitfrere, Gancilia | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 100. Pierre, Anna | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 101. Pierre, Jean C | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 102. Pierre, Serzulia | 14190 N. Dixie Hwy<br>Miami, FL 33161 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 103. Pierre, Jessie | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 104. Pierre-Charles, Michele | | 02/27/2010 to 03/12/2011 | 1 | $1,498.88 |
| 105. Pierre-Jean, Rubin | | 02/27/2010 to 03/12/2011 | 1 | $1,498.88 |
| 106. Pierre-Louis, Wilfred J | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 107. Preval, Marie L | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 108. Remy, Fenus J | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| 109. Robinson, Louis M | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| 110. Roland, Fleumont | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 111. Roland, Sara | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| 112. Saintil, Clotilde | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Fisteac, Joseph - FLC**
**Fisteac Farm Labor, Inc.**
**10397 NW 24 Ave**

**Miami, FL 33147**

**TOTAL  $180,165.74**

* Column 4-Code
  FLSA  1
  PCA  2
  SCA  3
  DBRA  4
  CWHSSA  5
  CCPA  6
  FMLA  7

Form WH-56

| Summary of Unpaid Wages | | U.S. Department of Labor | | |
|---|---|---|---|---|
| | | Wage and Hour Division | |  |

| (Office Address) | Tampa FL District Office<br>Austin Laurel Building<br>4905 W. Laurel Street, Suite 300<br>Tampa, FL 33607-3838<br>813-288-1242 | Investigator:<br>**Miguel Rios**<br><br>Employer Fed Tax ID Number<br>**74-1818993** | Date:<br>**03/29/2011** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| **113. Saintil, Elinor** | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **114. Sountel, Ebonel** | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| **115. St. Fleur, Frank** | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **116. St. Jean, Edward** | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **117. St. Jean, Lorie** | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **118. St. Laurent, Marie** | | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **119. St.Hilare, Jean C** | | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| **120. Telfor, Jeanne** | | 11/21/2009 to 03/12/2011 | 1 | $1,621.62 |
| **121. Telusma, Fadiese** | | 03/14/2009 to 03/12/2011 | 1 | $1,038.36 |
| **122. Terlonge, Stephen** | NW 97th St | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| **123. Timeny, Ternencia** | 55 NE 2nd Ave<br>Miami, FL 33137 | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |
| **124. Toussaint, Canovil** | 58 NE 2nd Ave.<br>Miami, FL 33137 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **125. Tuveny, Jean B** | | 12/12/2009 to 03/12/2011 | 1 | $1,621.62 |
| **126. Utile, Pierre** | 17 NW 64th St.<br>Miami, FL 33127 | 03/14/2009 to 03/12/2011 | 1 | $1,498.88 |
| **127. Valcin, Lissa** | 153 NE 59th Street<br>Miami, FL 33138 | 03/14/2009 to 03/12/2011 | 1 | $1,621.62 |

| **I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**<br><br>Signed: _____ | Employer Name and Address:<br><br>**Fisteac, Joseph - FLC**<br>**Fisteac Farm Labor, Inc.**<br>**10397 NW 24 Ave**<br><br>**Miami, FL 33147** | TOTAL | **$180,165.74** |
|---|---|---|---|
| | | * Column 4-Code<br>FLSA 1<br>PCA 2<br>SCA 3<br>DBRA 4<br>CWHSSA 5<br>CCPA 6<br>FMLA 7 | |

Form WH-56